# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00408-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5, 7-9, 11-14,

    Defendants.

_____/

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S OBJECTIONS

Plaintiff respectfully requests the Court deny Defendant's objection. Defendant refers to Fed. R. Civ. P. 45(c) – (e) but does not specifically state any arguments or objections. Without more information, Plaintiff is unable to properly respond to these blanket objections.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny the subject motion.

This 25th day of May, 2012

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*