IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00408-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-15,
(John Does 6, 10, 15 Terminated)

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2012.**

    The "Objection to Subpoena," construed as a motion to quash [filed May 4, 2012; docket #20], is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 11 and D.C. Colo. LCivR 7.1A and 7.1C. The document is handwritten, contains no signature or argument, and refers to an "attached objections page," but nothing is attached to the document.