IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00408-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 13,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2012.**

    In light of the apparent dismissal of Defendant Austin Bluffs Stetson Hills Storage from this action (*see* docket #34), the Motion to Quash Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action filed by Defendant Austin Bluffs Stetson Hills Storage [filed May 2, 2012; docket #17] is **denied as moot**.